UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES DISCHER,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL MALLOY, IN PERSONAM, THE F/V YUKON, OFFICIAL NUMBER 932570, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>        Defendants. | IN ADMIRALTY<br><br>Civil Action No. C18-1735 RSM<br><br>**STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER** |

## **STIPULATION**

COME NOW the parties to the above-captioned action, through their respective counsel of record, and hereby stipulate to the entry of an Order of Dismissal of all claims, without prejudice and without an award of fees or costs any party. The parties advise the Court that the matter has been now been settled and the settlement funding is pending.

STIPULATED MOTION FOR DISMISSAL
WITHOUT PREJUDICE AND ORDER – Page 1
(Case No. 2:18-cv-01735-RSM)
{29092-00491859;1}

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

SO AGREED AND STIPULATED this 14th day of March, 2019.

LE GROS BUCHANAN & PAUL

By: *s/ Markus B.G. Oberg*
Markus B.G. Oberg, WSBA #34914
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Phone: 206.623.4990
Fax: 206.467.4828
Email: moberg@legros.com
Attorneys for Defendant Michael Malloy

LAW OFFICE OF JOHN MERRIAM

By: *s/ John W. Merriam (via email authorization)*
John W. Merriam, WSBA No. 12749
Law Office of John Merriam
4005 20th Avenue West, Suite 110
Seattle, WA 98199
Phone: 206.729.5252
Email: john@merriam-maritimelaw.com
Attorney for Plaintiff James Discher

STIPULATED MOTION FOR DISMISSAL
WITHOUT PREJUDICE AND ORDER – Page 2
(Case No. 2:18-cv-01735-RSM)

{29092-00491859;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

# ORDER

Pursuant to the foregoing Stipulation, it is hereby ORDERED that the above-captioned action shall be DISMISSED WITHOUT PREJUDICE. No award of costs shall be made to any party.

DATED this 15th of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

LE GROS BUCHANAN & PAUL

By: s/ Markus B.G. Oberg
    Markus B.G. Oberg, WSBA #34914
    4025 Delridge Way SW, Suite 500
    Seattle, Washington 98106
    Phone: 206.623.4990
    Fax: 206.467.4828
    Email: moberg@legros.com
    Attorneys for Defendant Michael Malloy

LAW OFFICE OF JOHN MERRIAM

By: s/ John W. Merriam (via email authorization)
    John W. Merriam, WSBA No. 12749
    Law Office of John Merriam
    4005 20th Avenue West, Suite 110
    Seattle, WA 98199
    Phone: 206.729.5252
    Email: john@merriam-maritimelaw.com
    Attorney for Plaintiff

STIPULATED MOTION FOR DISMISSAL
WITHOUT PREJUDICE AND ORDER – Page 3
(Case No. 2:18-cv-01735-RSM)
{29092-00491859;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990